CALIFORNIA COMPANY *v*. COLORADO ET AL.

No. 86. Decided October 10, 1960.

*John P. Akolt, V. P. Cline* and *Francis R. Kirkham* for appellant.

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Fred M. Winner* and *Carl W. Berueffy,* Special Assistants to the Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.